IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Zafar Abedi** § | |
| *Plaintiff* § | |
| § | Civ. No. 04:09-cv-02897 |
| § | |
| § | **JURY DEMANDED** |
| **World's Gold & Diamond, Inc.,** § | |
| **Nasruddin Rupani, Farida Rupani** § | |
| *Defendant* § | |

### PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Plaintiff Zafar Abedi files this Designation of Expert Witnesses in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

1. Linda D. King
   GORANSONKING, PLLC
   550 Westcott, Suite 415
   Houston, Texas 77007
   713.526.9200-

Ms. King is an attorney licensed to practice law in the State of Texas and May testify regarding the reasonableness and necessity of the attorney fees incurred in this case. Currently reasonable and necessary fees are being incurred by the Plaintiff at an hourly rate of $300.00 per hour. Plaintiff has also incurred recoverable costs in connection with this case. Ms. King's resume is attached as Exhibit A.

Respectfully submitted,

GORANSONKING, PLLC


/s/ *Linda D. King*
Linda D. King, Attorney in Charge
Federal ID No. 6060
State Bar No. 11455600

                                      Mark D. Goranson
                                      Federal ID No 9093
                                      State Bar No. 08192950
                                      550 Westcott, Suite 415
                                      Houston, Texas 77007
                                      713.526.9200- Office
                                      713.526.9202- Facsimile

                                    **ATTORNEYS FOR PLAINTIFF**
                                    **ZAFAR ABEDI**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served on opposing counsel via cf/emf on March 30, 2010:

Mr. W. Jackson Wisdom
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
800 Travis Street, Suite 1800
Houston, Texas 77002

                                      /s/ Linda D. King
                                      Linda D. King